Robert Dale Alexander
10735733
TRCI
82911 Beach Access Rd.
Umatilla. Or  97882

In Propria Persona

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Robert Dale Alexander, ) | |
| ) | |
| Plaintiff, ) | Case No. 6:10-CV-6154-HO |
| ) | |
| v. ) | NOTICE OF DISMISSAL |
| ) | |
| Max Williams, et al, ) | (Fed. R. Civ. P. 41 (a) (1) |
| ) | |
| Defendants. ) | (A) (i)) |

TO ALL PARTIES AND TO
THIER ATTORNEY OF RECORD:

TAKE NOTICE that Plaintiff, Robert Dale Alexander, dismisses this action with out prejudice pursuant to Rule 41 (a) (1) (A) (i) of the Federal Rules of Civil Procedure.

Dated this day 31 of May, 2011

Respectfully Submitted,

Plaintiff Pro Se
Robert Dale Alexander.
SID 10735733
TRCI
82911 Beach Access Rd
Umatilla Oregon
97882